JONATHAN S. O'DONNELL (SBN 100051)
jon@mbvlaw.com
DWIGHT C. DONOVAN (SBN 114785)
dwight@mbvlaw.com
JACK PRAETZELLIS (SBN 267765)
jack@mbvlaw.com
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone:  415-781-4400
Facsimile:  415-989-5143

Attorneys for Defendants
EBISLOGIC, INC., ASTERIX CONSULTING, INC.,
AND ELITE TECHNOLOGY PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SRICOM, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EBISLOGIC, INC., ASTERIX CONSULTING, INC., ELITE TECHNOLOGY PARTNERS, LLC, VMWARE, INC. and DOES 1 through 20 inclusive,<br><br>　　　　　　　　　Defendants. | Case No. CV12-00904 LHK<br><br>**NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6); MOTION FOR A MORE DEFINITE STATEMENT UNDER RULE 12(e); AND MOTION TO STRIKE IMPROPER MATTER UNDER RULE 12(f)**<br><br>**Date:**　　June 28, 2012<br>**Time:**　　1:30 p.m.<br>**Dept.:**　　Crtroom 8, 4th Floor<br>**Judge:**　　Hon. Lucy H. Koh |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 28, 2012 at 1:30 p.m., in Courtroom 8, 4th Floor of the above-entitled Court, Defendants Asterix Consulting, Inc., eBisLogic, Inc., and Elite Technology Partners, LLC (collectively, "Defendants") will, and hereby do, move the Court for an order abating the proceeding in light of plaintiff's failure to qualify to do business in California as required by law or, alternatively, for an order dismissing the First, Second, Third, Fourth, and Fifth Claims asserted in Sricom, Inc.'s ("Sricom") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order compelling a more definite statement under Rule 12(e), and for an order striking certain immaterial or impertinent matter from the Complaint pursuant to Rule 12(f). This motion was previously noticed for April 10, 2012 and papers in support thereof were filed per Docket Number 6, but the hearing date, time, and place have been rescheduled as noted above.

DATED: March 7, 2012                                    MBV LAW LLP

                                                By:    /s/ Dwight C. Donovan
                                                       DWIGHT C. DONOVAN
                                                       Attorneys For Defendants
                                                       EBISLOGIC, INC., ASTERIX
                                                       CONSULTING, INC., AND ELITE
                                                       TECHNOLOGY PARTNERS, LLC