CHUNG S. POON (SBN: 191306)
ANNA KATHRYN BENEDICT (SBN: 221238)
LAW OFFICES OF CHUNG S. POON
1322 Webster Street, Suite 401
Oakland, CA 94612
Telephone: (510) 238-8228
Facsimile: (510) 735-8688

Attorneys for Plaintiff
SriCom, Inc.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SRICOM, INC.<br><br>        Plaintiff,<br><br>        v.<br><br>EBISLOGIC, INC., ASTERIX CONSULTING, INC., ELITE TECHNOLOGY PARTNERS, LLC, VMWARE, Inc. and DOES 1 through 20 inclusive,<br><br>        Defendants. | Case No.: CV12-00904 LHK<br><br>**DECLARATION OF CHUNG S. POON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: June 28, 2012<br>Time: 1:30 p.m.<br>Dept.: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

I, Chung S. Poon, declare as follows:

1.	I am an attorney and counsel of record for plaintiff SriCom, Inc. in connection with the above matter. Each of the matters set forth in this declaration is within my personal knowledge unless so stated, and if called as a witness, I am competent to testify.

2.	On or about March 12, 2012, I visited the website for the California Secretary of State located at www.kepler.sos.ca.gov. I used the website's search function for Corporation Name and entered "Sricom." My search revealed that SriCom, Inc. is registered with an entity number of C3448191. Attached as Exhibit A is a true and correct printout of the webpage setting

1  forth SriCom's information with the California Secretary of State.

2      3.    I am informed and believe that, on or about March 8, 2012, the president of
3  Sricom submitted the application to obtain the Certificate of Qualification at the Secretary of
4  State's office. I am further informed and believe that when the president submitted the
5  application to the clerk at the Secretary of State's office, he explained the existence of this
6  lawsuit and attempted to pay the $250.00 charge referenced in California Corporations Code
7  section 2203(c). I am further informed and believe that the clerk refused to accept the charge,
8  stating it was not necessary. Attached as Exhibit B is a true and correct copy of the Certificate of
9  Qualification received from the Secretary of State's office.

10      4.    Attached as Exhibit C are true and correct copies of the receipt of payment of
11  $100.00 to the California Secretary of State to obtain the Certificate of Qualification, a copy of a
12  Sricom check (dated April 15, 2010) paid to the Franchise Tax Board – CA for $800.00 and a
13  copy a Sricom check for $800.00 (dated October 1, 2011) to the Franchise Tax Board – CA for
14  $800.00.

15      5.    Based on the foregoing, I am informed and believe that plaintiff Sricom, Inc. is
16  qualified to do business in California and has paid state taxes for at least the past two years.

17  I declare under penalty of perjury that the foregoing is true and correct and this
18  declaration is executed on Thursday, March 15, 2012 at Oakland, California.

19
20  DATED: March 15, 2011        LAW OFFICES OF CHUNG S. POON
21
22             /s Chung S. Poon
           Chung S. Poon
           Attorney for Plaintiff
23             SRICOM, INC.

Page 2
DECLARATION OF CHUNG S. POON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF CHUNG S. POON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS