# EXHIBIT A

# California Secretary of State Debra Bowen

| Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives |

**Business Entities (BE)**

Online Services
 - Business Search
 - Disclosure Search
 - E-File Statements
 - Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies &
 status reports)

Service of Process

FAQs

Contact Information

Resources
 - Business Resources
 - Tax Information
 - Starting A Business
 - International Business
   Relations Program

Customer Alerts
 - Business Identity Theft
 - Misleading Business
   Solicitations

## Business Entity Detail

Data is updated weekly and is current as of Friday, March 09, 2012. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | SRICOM, INC. |
| Entity Number: | C3448191 |
| Date Filed: | 03/07/2012 |
| Status: | ACTIVE |
| Jurisdiction: | NEW JERSEY |
| Entity Address: | 2808 HILLCREST RD |
| Entity City, State, Zip: | ROCKLIN CA 95765 |
| Agent for Service of Process: | VARUN BERRY |
| Agent Address: | 2808 HILLCREST RD |
| Agent City, State, Zip: | ROCKLIN CA 95765 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Modify Search     New Search     Printer Friendly     Back to Search Results

Privacy Statement | Free Document Readers
Copyright © 2012     California Secretary of State

# EXHIBIT B

# State of California
## Secretary of State

## CERTIFICATE OF QUALIFICATION

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify that on the **7TH day of MARCH 2012**, **SRICOM, INC.**, a corporation organized and existing under the laws of **NEW JERSEY**, complied with the requirements of California law in effect on that date for the purpose of qualifying to transact intrastate business in the State of California, and that as of said date said corporation became and now is qualified and authorized to transact intrastate business in the State of California, subject however, to any licensing requirements otherwise imposed by the laws of this State.

**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of March 8, 2012.



*/s/ Debra Bowen*

**DEBRA BOWEN**
**Secretary of State**

ME

NP-25 (REV 1/2007)　　　　　　　　　　　　　　　　　　　　　　　　　OSP 06 99731

EXHIBIT C



SRICOM, INC.
215-638-8757
2075 Byberry Rd Ste 105A
Bensalem, PA 19020

920

04/15/2010      55-20

Pay to the order of  Franchise Tax Board - CA.      $ 800.00

Eight hundred — 00/100      Dollars

**Bank Of America**
ACH R/T 031202084

For 2009 - FTB - Fech.22-3765794        T. Sizli

⑃"009204"⑃  ⑃:031202084⑃:  38300 2864039⑃"

Voucher at bottom of page.

22-3765792

DO NOT MAIL A PAPER COPY OF THE CORPORATE TAX RETURN WITH THE PAYMENT VOUCHER.
If the amount of payment is zero, do not mail this voucher.

**WHERE TO FILE:** Using black or blue ink, make check or money order payable to the "Franchise Tax Board." Write the corporation number or FEIN and "2010 FTB 3586" on the check or money order. Detach voucher below. Enclose, but **do not staple**, payment with voucher and mail to:

FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO CA 94257-0531

Make all checks or money orders payable in U.S. dollars and drawn against a U.S. financial institution.

---

Sricom, Inc.
2075 Byberry Rd Ste. 105A
Bensalem, PA 19020

9704

55-208/312

10/01 2011

Pay to the Order of: Franchise Tax Board - CA.     $ 800.00/100

Eight hundred. 00/100     Dollars

**Bank Of America**

ACH R/T 031202084

For: CA - 2010 Corp return.     T. S??

⑈009704⑈ ⑆031202084⑆ 38300286403 9⑈

— — DETACH HERE — — IF NO PAYMENT IS DUE OR PAID ELECTRONICALLY, DO NOT MAIL THIS VOUCHER — — DETACH HERE — —

| TAXABLE YEAR | | CALIFORNIA FORM |
|---|---|---|
| 2010 | **Payment Voucher for Corporation e-filed Returns** | **3586 (e-file)** |

```
0000000        SRIC   22-3765792    (732) 397-0234    10        FORM   1
TYB  01-01-10         TYE   12-31-10
SRICOM INC

2 VILLA AVE
VOORHEES              NJ    08043


                                           Total Payment Amt       800.
```

043   6181106     FTB 3586 2010