JONATHAN S. O'DONNELL (SBN 100051)
jon@mbvlaw.com
DWIGHT C. DONOVAN (SBN 114785)
dwight@mbvlaw.com
JACK PRAETZELLIS (SBN 267765)
jack@mbvlaw.com
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: 415-781-4400
Facsimile: 415-989-5143

Attorneys for Defendants
EBISLOGIC, INC., ASTERIX CONSULTING, INC.,
AND ELITE TECHNOLOGY PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SRICOM, INC., | Case No. CV12-00904 LHK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM; MOTION FOR A MORE DEFINITE STATEMENT; AND MOTION TO STRIKE IMPROPER MATTER AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| EBISLOGIC, INC., ASTERIX CONSULTING, INC., ELITE TECHNOLOGY PARTNERS, LLC, VMWARE, INC. and DOES 1 through 20 inclusive, | |
| Defendants. | Date:     August 30, 2012<br>Time:    1:30 p.m.<br>Dept.:    Crtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

1  Plaintiff Sricom, Inc. ("plaintiff") and defendants eBislogic, Inc., Asterix Consulting, Inc., and Elite Technology Partners, LLC (collectively "defendants") through their undersigned counsel, hereby submit this stipulation to continue the hearing on defendants' Motion To Dismiss for Failure to State a Claim; Motion for a More Definite Statement; and Motion to Strike Improper Matter and Case Management Conference from August 30, 2012 to September 13, 2012.

1. The Court rescheduled the above described Motions and Status Conference from June 28, 2012 to August 30, 2012 by notice received by counsel on June 18, 2012. (Docket 20.) Counsel for the defendants is unavailable on the rescheduled date, August 30, 2012, as he will be out of the state due to prior commitments that cannot be rescheduled. Defendant was advised that September 13, 2012 is the most convenient date for the Court to hear the Motions and conduct the Status Conference thereafter.

2. There have been no previous time modifications in this case, other than the Court's rescheduling of the original hearing date.

3. The two week continuance will have no effect on the schedule of the case.

DATED: 6/25/12

MBV LAW LLP

By: _____
DWIGHT C. DONOVAN
Attorneys For Defendants
EBISLOGIC, INC., ASTERIX CONSULTING, INC., AND ELITE TECHNOLOGY PARTNERS, LLC

DATED: 6/22/12

LAW OFFICE OF CHUNG S. POON

By: _____
CHUNG S. POON, ESQ.
Attorneys for Plaintiff

1      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 9, 2012

*Lucy H. Koh*
HON. LUCY H. KOH