UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SRICOM, INC., | ) | Case No.: 12-CV-00904-LHK |
| | ) | |
| Plaintiff, | ) | ORDER VACATING HEARING |
| v. | ) | |
| | ) | |
| EBISLOGIC, INC.; ASTERIX CONSULTING, INC.; ELITE TECHNOLOGY PARTNERS, INC.; and VMWARE, INC. | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The hearing on Defendants' motion to dismiss set for September 13, 2012 is hereby VACATED.

The case management conference remains as set.

**IT IS SO ORDERED.**

Dated: September 12, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-00904-LHK
ORDER VACATING HEARING