UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

SRICOM, INC.,

        Plaintiff,

    v.

EBISLOGIC, INC., et al.,

        Defendants.

No. C 12-00904 LHK

**ORDER RE: ATTENDANCE AT ENE**

Date:        November 15, 2012
Evaluator:    Stewart Foreman

    IT IS HEREBY ORDERED that the request to excuse defendant Asterix Consulting, Inc's owner, Amitabh Sharma from participating in the ENE before Stewart Formean is DENIED. The court finds that Mr. Sharma has not made adequate showing that his being required to attend the ENE would cause him 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 5-10 (d). Accordingly, the request in DENIED and Mr. Sharma shall appear in person.

    The court strongly encourages the parties to seek an extension of the deadline for completing ENE so that the session may be rescheduled to a date that is more convenient for all.

    IT IS SO ORDERED.

November 16, 2012    By:    *Elizabeth D. Laporte*
Dated

                              Elizabeth D. Laporte
                            United States Magistrate Judge