JONATHAN S. O'DONNELL (SBN 100051)
jon@mbvlaw.com
DWIGHT C. DONOVAN (SBN 114785)
dwight@mbvlaw.com
JACK PRAETZELLIS (SBN 267765)
jack@mbvlaw.com
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone:  415-781-4400
Facsimile:  415-989-5143

Attorneys for Defendants
EBISLOGIC, INC., ASTERIX CONSULTING, INC.,
AND ELITE TECHNOLOGY PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SRICOM, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EBISLOGIC, INC., ASTERIX CONSULTING, INC., ELITE TECHNOLOGY PARTNERS, LLC, VMWARE, INC. and DOES 1 through 20 inclusive,<br><br>　　　　　Defendants. | Case No. CV12-00904 LHK<br><br>**STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION COMPLIANCE DATE; ORDER**<br><br>Date:　　December 12, 2012<br>Dept.:　Courtroom 8, 4th Floor<br>Judge:　The Honorable Lucy H. Koh |

Plaintiff Sricom, Inc. ("plaintiff") and defendants eBislogic, Inc., Asterix Consulting, Inc., and Elite Technology Partners, LLC (collectively "defendants"), through their undersigned counsel, hereby submit this stipulation to continue the compliance date for the parties' Early Neutral Evaluation ("ENE") from December 12, 2012 to February 15, 2013.

1. Counsel for the parties and the evaluator initially scheduled the ENE session for December 10, 2012. Counsel for defendant/counterclaimant Asterix Consulting, Inc. ("Asterix") sought leave of Court for Asterix principal Amitabh Sharma ("Mr. Sharma") to attend by telephone rather than in person. That request was denied on November 16, 2012.

2. The order denying the request stated, in part, "[t]he court strongly encourages the parties to seek an extension of the deadline for completing ENE so that the session may be rescheduled to a date that is more convenient for all." [Dkt. No. 40.]

3. Mr. Sharma resides in Atlanta, Georgia and will be out of the country from December 10, 2012 through January 14, 2013. He and the client representatives for the other defendants/counterclaimants are available to attend an ENE session in California between January 28, 2013 and February 15, 2013.

4. The court-appointed evaluator has stated that an extension of the ENE compliance deadline would be helpful in conducting ENE/mediation.

5. There have been no previous time modifications in scheduling the ENE.

6. A brief extension of time to complete the ENE will have no effect on the schedule of the case.

7. The parties agree to continue the ENE compliance deadline to February 15, 2013, subject to approval of the Court.

MBV LAW LLP

Dated: November 26, 2012        By  /s/
                                JACK PRAETZELLIS
                                Attorneys For Defendants and Counterclaimants
                                EBISLOGIC, INC., ASTERIX CONSULTING,
                                INC., AND ELITE TECHNOLOGY
                                PARTNERS, LLC

LAW OFFICE OF CHUNG S. POON

Dated: November 26, 2012  By /s/ _____
     CHUNG S. POON, ESQ.
     Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 28, 2012

_____
The Honorable Lucy H. Koh
United States District Court Judge

4826-2545-3073, v. 1