United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SRICOM, INC., <br><br> Plaintiff, <br> v. <br><br> EBISLOGIC, INC.; ASTERIX CONSULTING, INC.; ELITE TECHNOLOGY PARTNERS, INC.; and VMWARE, INC. <br><br> Defendants. | Case No.: 12-CV-00904-LHK <br><br> ORDER REGARDING STIPULATION OF DISMISSAL |

On February 14, 2013, the ADR neutral in this case filed a Certification of ADR Session stating that the case has been fully settled. ECF No. 49. Accordingly, the Court ORDERS that, by February 28, 2013, the parties shall submit a stipulation of dismissal or status report regarding settlement.

**IT IS SO ORDERED.**

Dated: February 15, 2013

_____
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-00904-LHK
ORDER REGARDING STIPULATION OF DISMISSAL